IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| ERNEST LOUIS BESSO and | ) | Case No. 4-14-bk-42590 |
| CARRIE ELIZABETH BESSO, | ) | |
| Debtor(s) | ) | |
| | ) | |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Chevron and Texaco Credit [Last four digit of account:4334]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

  Synchrony Bank
  c/o Recovery Management Systems Corporation
  25 SE 2nd Avenue, Suite 1120
  Miami, FL 33131-1605
  Telephone: (305) 379-7674
  Facsimile: (305) 374-8113
  E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 28, 2014

                   By: /s/ Ramesh Singh

                   Ramesh Singh
                   c/o Recovery Management Systems Corporation
                   Financial Controller
                   25 SE 2nd Avenue, Suite 1120
                   Miami, FL 33131-1605
                   (305) 379-7674

Assignee Creditor: Chevron and Texaco Credit [Last four digit of account:4334]