Entered on Docket
May 27, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 27, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

Kevin C. Canty (CA State Bar No. 226850)
Jordan M. O'Brien (CA State Bar No. 269193)
ANGIUS & TERRY LLP
1990 N. California Blvd., Suite 950
P. O. Box 8077
Walnut Creek, CA 94596
Telephone: 925.939.9933
Facsimile: 925.939.9934

Attorneys for Secured Creditor
CROWN HARBOR HOMEOWNERS A

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:

    Ernest Louis Besso and Carrie Elizabeth Besso,

    Debtors.

Chapter 13

Case No. 14-42590
Motion Control No. AT-01

**ORDER FOR ADEQUATE PROTECTION**

Time: 1:30 p.m.
Date: May 27, 2015
Location: U.S. Bankruptcy Court
1300 Clay Street, 2nd Floor
Courtroom 201
Oakland, CA 94612
Judge: Hon. Roger L. Efremsky

    A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by CROWN HARBOR HOMEOWNERS ASSOCIATION ("Secured Creditor"). The hearing on said Motion was held on May 6, 2015 at 1:30 p.m. before the Honorable Roger Efremsky, United States Bankruptcy Judge. Debtors, Ernest Louis Besso and Carrie Elizabeth Besso ("Debtors") and Secured Creditor through their respective counsel have agreed to resolve Secured Creditor's Motion pursuant to the Corrected Stipulation for Adequate Protection fully executed on May 26, 2015 and filed with the Court on May 27, 2015 as Document No. 42 on the Court docket ("the Stipulation").

///

-1-

ORDER FOR ADEQUATE PROTECTION

1     The Court hereby approves the Stipulation.

2 IT IS SO ORDERED.

3

4

5

6

7

8

9                                                   *END OF ORDER*

ANGIUS & TERRY LLP
P.O. Box 8077
Walnut Creek, CA 94596

-2-

ORDER FOR ADEQUATE PROTECTION

Case: 14-42590    Doc# 43    Filed: 05/27/15    Entered: 05/27/15 10:02:01    Page 2 of 3

**COURT SERVICE LIST**

ANGIUS & TERRY LLP
P.O. Box 8077
Walnut Creek, CA 94596

-3-